# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANTOINETTE DIXON and STEPHANIE SIMPSON,<br><br>    Plaintiffs<br><br>v.<br><br>ANTHONY MICHAEL POZZI and UNITED STATES,<br><br>    Defendants | Case No.: 2:21-cv-02219-APG-EJY<br><br>**Order**<br><br>[ECF No. 7] |

Defendants Anthony Pozzi and the United States move to dismiss Pozzi as a defendant because Pozzi was acting in the course and scope of his employment with the United States at the time of the accident that forms the basis of this lawsuit, so the plaintiffs' only remedy is against the United States. ECF No. 7.  Plaintiffs Antoinette Dixon and Stephanie Simpson do not oppose dismissal of Pozzi. ECF No. 8.

I THEREFORE ORDER that the defendants' motion to dismiss **(ECF No. 7) is GRANTED**.  The clerk of court is instructed to terminate Anthony Pozzi as a defendant in this matter and to change the caption to reflect the United States as the sole defendant.

DATED this 1st day of March, 2022.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE