JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709
SKYLER H. PEARSON
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
skyler.pearson@usdoj.gov

*Attorneys for Respondents*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| ANTOINETTE DIXON, and STEPHANIE SIMPSON,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY MICHAEL POZZI, UNITED STATES,<br><br>Defendants. | Case No. 2:21-cv-02219-APG-EJY<br><br>**Joint Stipulation to Stay Case Pending Settlement** |

The parties hereby submit the following joint stipulation requesting that the Court stay this case and any remaining case deadlines for 90 days. The parties have resolved this matter and are currently in the process of exchanging and finalizing settlement documents. Upon receipt of the necessary documents, defense counsel will process the settlement to the Judgment Fund which usually takes around 30–60 days to process and wire the funds.

//
//
//
//
//

1

Accordingly, the parties move to stay the case, and any remaining deadlines, for 90 days and will submit a status report no later than December 12, 2022, or a stipulation for dismissal of the case.

Respectfully submitted this 12th day of September 2022.

| | |
|---|---|
| HICKS & BRASIER LAW FIRM | JASON M. FRIERSON<br>United States Attorney |
| /s/ Seth R. Little<br>SETH R. LITTLE, ESQ.<br>2630 S. Jones Blvd.<br>Las Vegas, NV 89146 | /s/ Skyler H. Pearson<br>SKYLER H. PEARSON<br>Assistant United States Attorney |
| *Attorneys for Plaintiffs* | *Attorneys for the United States* |

**IT IS SO ORDERED:**

_____
**UNITED STATES JUDGE**

DATED: September 13, 2022