JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709
SKYLER H. PEARSON
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
skyler.pearson@usdoj.gov

*Attorneys for Respondents*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ANTOINETTE DIXON, and STEPHANIE SIMPSON, <br><br> Plaintiff, <br><br> v. <br><br> ANTHONY MICHAEL POZZI, UNITED STATES, <br><br> Defendants. | Case No. 2:21-cv-02219-APG-EJY <br><br> **Stipulation to Extend Time for Defendants to Respond to Plaintiff Stephanie Simpson's Motion to Enforce Settlement Agreement** |

The parties hereby stipulate and agree, through their respective counsel of record, that due to the upcoming holidays and the unavailability of federal employees knowledgeable to provide information that will assist in its response, the deadline for Defendants to file their response to Plaintiff Stephanie Simpson's Motion to Enforce Settlement Agreement will be extended fourteen (14) days, from December 27, 2022, to January 10, 2023. The Motion was filed on December 12, 2022.

//

//

//

//

//

//

//

1

1   Plaintiff's reply in support of its Motion will be due January 17, 2023.

2        Respectfully submitted this 22nd day of December 2022.

3   HICKS & BRASIER LAW FIRM                    JASON M. FRIERSON
                                                United States Attorney
4    /s/ Seth R. Little
    SETH R. LITTLE, ESQ.                         /s/ Skyler H. Pearson
5   2630 S. Jones Blvd.                         SKYLER H. PEARSON
    Las Vegas, NV 89146                         Assistant United States Attorney
6
7   *Attorneys for Plaintiffs*                  *Attorneys for the United States*

8

9

10                                             **IT IS SO ORDERED:**

11

12                                             _____
                                               **UNITED STATES MAGISTRATE JUDGE**
13

14                                             **DATED:** __December 23, 2022__

15

16

17

18

19

20

21

22

23

24

25

26

27

28