JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709
SKYLER H. PEARSON
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
skyler.pearson@usdoj.gov

*Attorneys for Respondents*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ANTOINETTE DIXON, and STEPHANIE SIMPSON,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY MICHAEL POZZI, UNITED STATES,<br><br>Defendants. | Case No. 2:21-cv-02219-APG-EJY<br><br>**Stipulation to Extend Time for Defendants to Respond to Plaintiff Stephanie Simpson's Motion to Enforce Settlement Agreement**<br><br>**(Second Request)** |

The parties hereby stipulate and agree, through their respective counsel of record, that due to the holidays and the continued unavailability of several federal employees knowledgeable to provide information that will assist in its response, the deadline for Defendants to file their response to Plaintiff Stephanie Simpson's Motion to Enforce Settlement Agreement will be extended an additional (7) days, from January 10, 2023 to January 17, 2023. The Motion was filed on December 12, 2022.

//
//
//
//
//
//
//

1

Plaintiff's reply in support of its Motion will be due January 24, 2023.

Respectfully submitted this 10th day of January 2023.

| | |
|---|---|
| HICKS & BRASIER LAW FIRM | JASON M. FRIERSON<br>United States Attorney |
| /s/ Seth R. Little<br>SETH R. LITTLE, ESQ.<br>2630 S. Jones Blvd.<br>Las Vegas, NV 89146 | /s/ Skyler H. Pearson<br>SKYLER H. PEARSON<br>Assistant United States Attorney |
| *Attorneys for Plaintiffs* | *Attorneys for the United States* |

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

DATED: January 10, 2023