JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709
SKYLER H. PEARSON
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
skyler.pearson@usdoj.gov

*Attorneys for Respondents*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ANTOINETTE DIXON, and STEPHANIE SIMPSON,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY MICHAEL POZZI, UNITED STATES,<br><br>Defendants. | Case No. 2:21-cv-02219-APG-EJY<br><br>**Stipulation to Extend Time for the Parties to File Supplement Briefs**<br><br>**(First Request)** |

The parties hereby stipulate and agree, through their respective counsel of record, that the time for the parties to file supplemental briefing in response to Plaintiff Simpson's motion to enforce be extended 30 days. The reason for the request is as follows:

1. Following the hearing, Defendants sought a copy of the court transcript.

2. Defendants received the transcript on April 20, 2023.

3. Once the transcript was received, Defendants have sought to work with the agency to obtain the information in accordance with the Court's order. However, effective efforts in obtaining the required information could not proceed until after receiving the Court's transcript.

/ / /

/ / /

/ / /

/ / /

1

Accordingly, the parties hereby stipulate, agree, and request that the time to file supplemental briefing to the Court be extended to June 21, 2023. This extension will allow the parties to obtain the information requested by the Court and is not sought for the purposes of delay.

Respectfully submitted this 22nd day of May 2023.

| | |
|---|---|
| HICKS & BRASIER LAW FIRM | JASON M. FRIERSON<br>United States Attorney |
| /s/ Seth R. Little<br>SETH R. LITTLE, ESQ.<br>2630 S. Jones Blvd.<br>Las Vegas, NV 89146 | /s/ Skyler H. Pearson<br>SKYLER H. PEARSON<br>Assistant United States Attorney |
| *Attorneys for Plaintiffs* | *Attorneys for the United States* |

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** May 22, 2023