# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANTOINETTE DIXON and STEPHANIE SIMPSON,<br><br>    Plaintiffs<br><br>v.<br><br>ANTHONY MICHAEL POZZI and UNITED STATES,<br><br>    Defendants | Case No.: 2:21-cv-02219-APG-EJY<br><br>**Order**<br><br>[ECF No. 21] |

At the March 23, 2023 hearing on Ms. Simpson's motion to enforce settlement (ECF No. 21), I ordered the United States to provide additional information regarding withholding of the subject settlement funds. ECF No. 33 at 9-10.  I also ordered plaintiffs' counsel to send a letter to Ms. Simpson directing her to make a follow-up inquiry. *Id.* at 8-9.  The United States has filed a status report providing additional information. ECF No. 37.  I have not heard back regarding Ms. Simpson's efforts.

I THEREFORE ORDER that Ms. Simpson will file a status report by July 7, 2023 as to what she has done since our March 23 hearing and what else should be done about her pending motion.  If she fails to file a report by that date, I will deny the motion.

DATED this 30th day of June, 2023.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE