JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709
SKYLER H. PEARSON
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
skyler.pearson@usdoj.gov

*Attorneys for Respondents*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ANTOINETTE DIXON, and STEPHANIE SIMPSON, <br><br> Plaintiff, <br><br> v. <br><br> ANTHONY MICHAEL POZZI, UNITED STATES, <br><br> Defendants. | Case No. 2:21-cv-02219-APG-EJY <br><br> **Stipulation and Order for Dismissal with Prejudice** |

    IT IS HEREBY STIPULATED by and between the remaining Plaintiff, Stephanie Simpson, by and through her counsel of record, and Defendants Anthony Michael Pozzi, and the United States of America, by and though their counsel of record, that the above-

/ / /

/ /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

entitled matter be dismissed with prejudice. Each party to bear its own costs and fees.

Respectfully submitted this 6th day of July 2023.

| | |
|---|---|
| HICKS & BRASIER LAW FIRM | JASON M. FRIERSON<br>United States Attorney |
| /s/ Seth R. Little<br>SETH R. LITTLE, ESQ.<br>2630 S. Jones Blvd.<br>Las Vegas, NV 89146 | /s/ Skyler H. Pearson<br>SKYLER H. PEARSON<br>Assistant United States Attorney |
| *Attorneys for Plaintiffs* | *Attorneys for the United States* |

**IT IS SO ORDERED:**

**ANDREW P. GORDON**
**UNITED STATES DISTRICT JUDGE**

DATED: July 10, 2023

Case No. 2:21-cv-02219-APG-EJY
Dixon, et al., v. Pozzi, et al.,

2